App. Div.]          Second Department, January, 1925.

In the Matter of the Transfer Tax upon the Estate of FRANK J. DUPIGNAC, Deceased.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

In the Matter of the Petition of JOSEPH KAISER, as Sole Surviving Executor of the Last Will and Testament of WILLIAM J. MURPHY. Deceased.— The appellant failed to comply with the rules in reference to perfecting his appeal. The appeal was, therefore, dismissed. In view of the fact that the interests of infants are involved, we have decided to grant a further extension of time, on condition that the appeal be perfected and brought on for argument on the first Monday of the March term. No further extension of time will be granted. The record of appeal now on file in this court is not properly here, and should be returned to the Surrogate's Court of Queens county. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

DAVID W. LEVY, Respondent, v. THE WOLF COMPANY and Others, Appellants, Impleaded with Another, Defendant.— Motion to resettle order granted, and order signed. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

BRUCE E. LOOMIS, Respondent, v. HENRY W. MARSH and Another, Copartners, etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

GEORGE MEIERDIERCKS and Another, Respondents, v. NORMAN ANDERSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

NEW YORK DOCK COMPANY, Appellant, v. NEW YORK AND PORTO RICO STEAM-SHIP COMPANY and Others, Respondents. HOWLAND TOWING AND TRANSPORTA-TION COMPANY, INC., Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Motion for stay denied, with liberty to appellant to renew motion after entry of judgment upon filing necessary undertaking. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

KATE F. TOSSINY, as Assignee, etc., Appellant, v. THE CITY OF NEW YORK, Respondent.— On reargument, motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

BELL FIREPROOFING COMPANY, Respondent, v. MANUFACTURERS' TRUST COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

ALFRED BLUM, Respondent, v. DAVID ROSENBERG, Appellant, Impleaded with Others, Defendants.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GLADYS L. BUTLER, Respondent, v. WALTER K. BUTLER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

CARLO CARMENITI, Appellant, v. BRADY & GIOE, INC., Respondent.— Judgment reversed upon the law and the facts, with costs, and a new trial granted, with costs to abide the event. The plaintiff made out a *prima facie* case calling for testimony to rebut on the part of the defendant, and it was error for the court to dismiss the complaint, since it was a question of fact which should have been submitted to the jury. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.